IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLEA FELDER,<br><br>    *Plaintiff,*<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS,<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 21-1556 |

**PAPPERT, J.**                                                                                           February 3, 2022

## ORDER

**AND NOW**, this 3rd day of February 2022, upon consideration of Defendant Pennsylvania Department of Corrections's Motion for Summary Judgment (ECF 19), Plaintiff Darlea Felder's Response (ECF 20) and the Department's Reply (ECF 22), and having heard holding oral argument on the Motion (ECF 27), it is **ORDERED** that the Motion is **GRANTED**. Judgment is entered in favor of the Department and against Felder on all claims. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.
